No. 79–694. GUNTHARP v. PLANTERS OIL MILL. Sup. Ct. Miss. Certiorari denied.

No. 79–696. COUGHLIN v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 79–702. EKAS ET AL. v. CARLING NATIONAL BREWERIES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–709. LOCAL 520, INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL. v. JONES ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–714. MARTY'S FLOOR COVERING Co., INC. v. GAF CORP. C. A. 4th Cir. Certiorari denied.

No. 79–715. NATIONAL STUDENT FILM CORP. v. FENSTER SCHOOL. Ct. App. Ariz. Certiorari denied.

No. 79–716. ABBEY v. CONTROL DATA CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–717. FRISTOE v. REYNOLDS METALS Co. C. A. 9th Cir. Certiorari denied.

No. 79–719. THOMPSON ET UX. v. PEOPLES LIBERTY BANK ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–722. JACKSON v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 79–727. RENTSCHLER v. FREEMAN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–728. STAR SHIPPING A/S ET AL. v. PACIFIC LUMBER & SHIPPING Co., INC., ET AL. C. A. 9th Cir. Certiorari denied.